Chris Casamassima (SBN: 211280)
chris.casamassima@wilmerhale.com
Matthew Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Attorney for Defendant
CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVEED DEZFOLI, individually, and on all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>JPMORGAN CHASE BANK and DOES 1-100,<br><br>  Defendants. | Case No.  2:16-cv-04315 (SJO) (KS)<br><br>**STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND EXTENDING TIME TO RESPOND**<br><br>[Removed from Superior Court of California, County of Los Angeles - Case No. BC 62108]<br><br>Compl. Served: June 1, 2016<br>Notice of Removal Filed: June 16, 2016<br>Current Response Date: June 23, 2016<br>Am. Compl. to be Filed: July 8, 2016<br>Am. Compl. Response Date (Absent Extension): July 22, 2016<br>New Response Date: August 15, 2016 |

STIPULATION  REGARDING FILING OF AMENDED COMPLAINT AND
EXTENDING TIME TO RESPOND
*Dezfoli v. JPMorgan Chase Bank, et al.*, Case No.2:16-cv-04315 (SJO) (KS)

1  WHEREFORE, on May 19, 2016, plaintiff Naveed Dezfoli filed a complaint
2  in the Superior Court of California for the County of Los Angeles asserting claims
3  against defendant Chase Bank USA, N.A. ("Chase") (incorrectly sued as
4  JPMorgan Chase Bank)[1] for alleged violations of the Fair Credit Reporting Act, 15
5  U.S.C. § 1681 *et seq.*, the California Consumer Credit Reporting Agencies Act,
6  Civ. Code § 1785 *et seq.*, and the California Unfair Competition Law, Bus. & Prof.
7  Code § 17200 *et seq.* (the "Complaint");

8  WHEREFORE, on May 19, 2016, Dezfoli sent Chase a demand letter,
9  purporting to provide the thirty days' notice required to assert a claim under the
10 California Consumer Legal Remedies Act, Civ. Code § 1750 *et seq.* ("CLRA");

11 WHEREFORE, on June 1, 2016, Dezfoli served the Complaint on Chase;

12 WHEREFORE, on June 16, 2016, Chase removed the Complaint to this
13 Court;

14 WHEREFORE, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C),
15 Chase's response to the Complaint is currently due June 23, 2016;

16 WHEREFORE, Dezfoli intends to file an Amended Complaint in this Court
17 in order to assert a CLRA claim, which would render moot any response Chase
18 might file to the currently pending Complaint;

19 WHEREFORE, there have been no prior amendments or requests for
20 extensions of time in this action; and

21 WHEREFORE, the parties' stipulated schedule for the filing of Dezfoli's
22 Amended Complaint and Chase's response will streamline the proceedings,
23 obviate the need for duplicative or unnecessary briefing, and conserve judicial and
24 party resources;

---

[1]  The entity named in the complaint, JPMorgan Chase Bank, does not exist. The case concerns a credit card issued by Chase Bank USA, N.A.

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, by and between Dezfoli |
| 2 | and Chase, that (1) Dezfoli shall file his Amended Complaint no later than July 8, |
| 3 | 2016; and (2) Chase's deadline to answer, move, or otherwise respond to the |
| 4 | Amended Complaint shall be extended through and including August 15, 2016. |
| 5 | (Assuming Dezfoli files his Amended Complaint on July 8, 2016, Chase's |
| 6 | response would be due on July 22, 2016, pursuant to Federal Rule of Civil |
| 7 | Procedure 15(a)(3). The parties' stipulation would extend Chase's time to respond |
| 8 | to the Amended Complaint by 24 days.) |

Dated: June 21, 2016

By: /s/ Todd M. Friedman

Todd M. Friedman
tfriedman@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Telephone: 877 206 4741
Facsimile: 866 633 0228

*Attorneys for Plaintiff*
NAVEED DEZFOLI

By: /s/ Matthew Benedetto

Chris Casamassima (SBN: 211280)
chris.casamassima@wilmerhale.com
Matthew Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213 443 5300
Facsimile: 213 443 5400

*Attorney for Defendant*
CHASE BANK USA, N.A.

## ATTESTATION OF CONCURRENCE IN FILING

I, Matthew Benedetto, am the ECF User whose ID and password are being used to file this Stipulation Regarding Filing of Amended Complaint and Extending Time to Respond. In compliance with the United States District Court for the Central District of California's L.R. 5-4.3.4(a)(2)(i), I hereby attest that Todd. M. Friedman has concurred in this filing.

Dated: June 21, 2016         /s/    Matthew Benedetto