1  Chris Casamassima (SBN: 211280)
   chris.casamassima@wilmerhale.com
2  Matthew Benedetto (SBN: 252379)
   matthew.benedetto@wilmerhale.com
3  WILMER CUTLER PICKERING
       HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
5  Telephone: +1 213 443 5300
   Facsimile: +1 213 443 5400
6
   Attorney for Defendant
7  CHASE BANK USA, N.A.

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  NAVEED DEZFOLI, individually, and on all      Case No. 2:16-cv-04315 (SJO)
    others similarly situated,                    (KS)
12
                          Plaintiff,
13
                                                  **[PROPOSED] ORDER**
         vs.                                      **REGARDING FILING OF**
14                                                **AMENDED COMPLAINT**
    JPMORGAN CHASE BANK and DOES 1-               **AND EXTENDING TIME TO**
15  100,                                          **RESPOND**

16                        Defendants.

17

18                                                [Removed from Superior Court
                                                  of California, County of Los
19                                                Angeles ‑ Case No. BC 62108]

20                                                Complaint Filed:  May 19, 2016

21

22

23

24

25

26

27

28
    [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT
                    AND EXTENDING TIME TO RESPOND
    *Dezfoli v. JPMorgan Chase Bank, et al.*, Case No. 2:16-cv-04315 (SJO) (KS)

    ActiveUS 156074638v.1

1       In light of the parties' stipulation, IT IS HEREBY ORDERED that

2       (1)    Plaintiff Naveed Dezfoli shall file an Amended Complaint no later

3 than July 8, 2016; and

4       (2)    Defendant Chase Bank USA, N.A.'s time to answer, move, or

5 otherwise respond to the Amended Complaint shall be extended through and

6 including August 15, 2016.

7

8 Dated:  June __, 2016

9                            _____

10                            S. JAMES OTERO
                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT
AND EXTENDING TIME TO RESPOND
*Dezfoli v. JPMorgan Chase Bank, et al.*, Case No. 2:16-cv-04315 (SJO) (KS)