# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed by Wilmer Cutler Pickering Hale and Dorr LLP in the County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is: 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071. On 06/21/2016, I served the within documents:

INITIAL STANDING ORDER

☐ **Via Fax -** I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers t. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

Todd M. Friedman
Adrian R. Bacon
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
T: 877.206.4741
F: 866.633.0228
tfriedman@toddflaw.com
abacon@toddflaw.com

☒ **Via Mail -** I caused such document(s) to be deposited with the U.S. Postal Service by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit

CERTIFICATE OF SERVICE, CASE NO. 2:16-cv-04315(SJO)(KS)

ActiveUS 156140594v.1

☐ **Via Hand Delivery -** I caused such document(s) to be hand delivered to the person(s) at the address(es) set forth below.

☐ **VIA EXPRESS CARRIER -** I caused such documents to be collected by an agent for  to be delivered to the address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on 06/21/2016, at Los Angeles, California.

                                                  /s/     *Victoria Palmqust*
                                                  VICTORIA PALMQUIST