1 | Chris Casamassima (SBN: 211280)
chris.casamassima@wilmerhale.com
2 | Matthew Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
3 | WILMER CUTLER PICKERING
      HALE AND DORR LLP
4 | 350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
5 | Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Attorney for Defendant
CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVEED DEZFOLI, individually, and on all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK and DOES 1-100,<br><br>Defendants. | Case No. 2:16-cv-04315 (SJO) (KS)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>[Removed from Superior Court of California, County of Los Angeles - Case No. BC 62108]<br><br>Compl. Served: June 1, 2016<br>Notice of Removal Filed: June 16, 2016<br>Current Response Date: June 23, 2016<br>New Response Date: July 22, 2016 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (LR. 8-3)
*Dezfoli v. JPMorgan Chase Bank, et al.*, Case No.2:16-cv-04315 (SJO) (KS)

1  WHEREFORE, on May 19, 2016, plaintiff Naveed Dezfoli filed a complaint
2  in the Superior Court of California for the County of Los Angeles against
3  defendant Chase Bank USA, N.A. ("Chase") (incorrectly sued as JPMorgan Chase
4  Bank) (the "Complaint");[1]
5  WHEREFORE, on June 1, 2016, Dezfoli served the Complaint on Chase;
6  WHEREFORE, on June 16, 2016, Chase removed the Complaint to this
7  Court;
8  WHEREFORE, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C),
9  Chase's response to the Complaint is currently due June 23, 2016;
10  WHEREFORE, on June 21, 2016, plaintiff and Chase jointly filed a
11  stipulation and proposed order pursuant to which Dezfoli would file an amended
12  complaint no later than July 8, 2016, and Chase would file its response to the
13  amended complaint no later than August 15, 2016 (Dkt. 10);
14  WHEREFORE, that stipulation remains pending before the Court and the
15  parties continue to maintain that—in light of plaintiff's anticipated amendment of
16  the complaint—the schedule set forth there is the best and most efficient for all
17  parties and the Court;
18  IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 8-3,
19  by and between Dezfoli and Chase, that Chase shall have until July 22, 2016 to
20  move or otherwise respond to plaintiff's initial complaint, served on June 1, 2016.
21  Chase's response would otherwise be due on June 23, 2016. This stipulation
22  extends Chase's time to move or otherwise respond to the initial complaint in this
23  action by not more than thirty (30) days. This stipulated extension of time to
24  respond will not conflict with any deadline fixed by the Court.
25  Dated: June 23, 2016

---

[1] The entity named in the complaint, JPMorgan Chase Bank, does not exist. The case concerns a credit card issued by Chase Bank USA, N.A.

By: /s/ Todd M. Friedman

Todd M. Friedman
tfriedman@toddflaw.com
LAW OFFICES OF TODD M.
FRIEDMAN, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Telephone: 877 206 4741
Facsimile: 866 633 0228

*Attorneys for Plaintiff*
NAVEED DEZFOLI

By: /s/ Matthew Benedetto

Chris Casamassima (SBN: 211280)
chris.casamassima@wilmerhale.com
Matthew Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213 443 5300
Facsimile: 213 443 5400

*Attorney for Defendant*
CHASE BANK USA, N.A.

## ATTESTATION OF CONCURRENCE IN FILING

I, Matthew Benedetto, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time to Respond to Initial Complaint by Not More than 30 Days (L.R. 8-3). In compliance with the United States District Court for the Central District of California's L.R. 5-4.3.4(a)(2)(i), I hereby attest that Todd. M. Friedman has concurred in this filing.

Dated: June 23, 2016          /s/     Matthew Benedetto