Christopher T. Casamassima (SBN: 211280)
chris.casamassima@wilmerhale.com
Matthew Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Alan E. Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
Jenny Pelaez (*pro hac vice*)
jenny.pelaez@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

Attorneys for Defendant
Chase Bank USA, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVEED DEZFOLI, individually, and on all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A. and DOES 1-100,<br><br>Defendants. | Case No. 2:16-cv-04315 (R) (RAO)<br><br>**NOTICE OF DEFENDANT CHASE BANK USA, N.A.'S MOTION TO DISMISS**<br><br>Hearing Date: September 6, 2016<br>Time:          10:00 A.M.<br>Courtroom:  8<br>Judge:         Hon. Manuel L. Real |

**PLEASE TAKE NOTICE**, that on September 6, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Manuel L. Real (Courtroom 8, 312 North Spring Street Los Angeles, California), Defendant Chase Bank USA, N.A. ("Chase") will and hereby does move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing with prejudice Plaintiff Naveed Dezfoli's First Amended Complaint.

This motion is based on this notice, the accompanying Memorandum in Support, a [Proposed] Order granting the Motion, and such other authorities and argument as may be submitted in any reply or at any hearing.

Dated: July 25, 2016               WILMER CUTLER PICKERING HALE
                                      AND DORR LLP

                                   By: /s/   *Christopher T. Casamassima*
                                         CHRISTOPHER T. CASAMASSIMA

                                   Attorney for Defendant CHASE BANK USA, N.A.