1 | Christopher T. Casamassima (SBN: 211280)
chris.casamassima@wilmerhale.com
2 | Matthew Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
3 | WILMER CUTLER PICKERING
     HALE AND DORR LLP
4 | 350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
5 | Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Alan E. Schoenfeld (*pro hac vice*)
7 | alan.schoenfeld@wilmerhale.com
Jenny Pelaez (*pro hac vice*)
8 | jenny.pelaez@wilmerhale.com
WILMER CUTLER PICKERING
9 |   HALE AND DORR LLP
7 World Trade Center
10 | 250 Greenwich Street
New York, NY 10007
11 | Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

Attorneys for Defendant
13 | Chase Bank USA, N.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVEED DEZFOLI, individually, and on all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A. and DOES 1-100,<br><br>Defendants. | Case No. 2:16-cv-04315 (R) (RAO)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHASE BANK USA, N.A.'S MOTION TO DISMISS**<br><br>Hearing Date: September 6, 2016<br>Time:  10:00 A.M.<br>Courtroom:  8<br>Judge:  Hon. Manuel L. Real |

[PROPOSED] ORDER GRANTING DEFENDANT CHASE BANK USA, N.A.'s
MOTION TO DISMISS
*Dezfoli v. JPMorgan Chase Bank, et al.*, Case No. 2:16-cv-04315 (R) (RAO)

The Court having read and considered Defendant Chase Bank USA, N.A.'s ("Chase") Motion to Dismiss, and good cause appearing therefor, makes the following Order:

It is hereby ORDERED that Chase's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED for the following reasons:

1. the First Amended Complaint ("FAC") fails to state a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*;

2. the FAC fails to state a claim under the California Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785.25(a);

3. the FAC fails to state a claim under the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*; and

4. the FAC fails to state a claim under the Consumer Legal Remedies Act, Cal. Civ. Code § 1770.

The First Amended Complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated:

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

.

-2-
[PROPOSED] ORDER GRANTING DEFENDANT CHASE BANK USA, N.A.'s MOTION TO DISMISS
*Dezfoli v. JPMorgan Chase Bank, et al.*, Case No. 2:16-cv-04315 (R) (RAO)