LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NAZEED DEZFOLI,** individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>vs. <br><br>**CHASE BANK USA, N.A.,** and DOES 1 through 100, <br><br>Defendants. | Case No. 2:16-cv-04315-R-RAO <br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiff, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and the motion hearing scheduled for Tuesday, September 6, 2016 at 10 a.m., and allow forty-five (45) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 31st day of August, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 31st day of August, 2016, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
6  Honorable Manuel Real
   United States District Court
7  Central District of California

8  Alan Schoenfeld
9  WILMERHALE

10

11 This 31st day of August, 2016.

12
   s/Todd M. Friedman
13 Todd M. Friedman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28