JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NAVEED DEZFOLI, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CHASE BANK USA, N.A.,

Defendant.

Case No. 2:16-cv-04315-R-RAO

[PROPOSED] ORDER DISMISSING CASE

By Fax

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named plaintiff, and without prejudice as to the putative class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 29th day of September, 2016.

The Honorable Manuel L. Real

[PROPOSED] ORDER DISMISSING CASE
*Dezfoli v. Chase Bank USA, N.A.*, Case No. 2:16-cv-04315-R-RAO